## UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: RONNIE TAWER | ) Case No. 19 B 34947 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

### NOTICE OF MOTION

RONNIE TAWER                                          CUTLER & ASSOC
                                                              via Clerk's ECF noticing procedures

8300 KNOX AVE #4
SKOKIE, IL 60076

Please take notice that on February 06, 2020 at 10:00 am my designee or I will appear before the Honorable
Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion
set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on January
28, 2020.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On December 11, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend plan - #2.3 - check last box add submit language; amend I - no prorated listed; need 10/11 - 11/3
stubs for 1st job and need 11/1 - 12/11 stubs for 2nd job.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900